UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| APRIL MCLEAN | : | CIVIL NO. 3:15CV01771(SRU) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER, CORRECTIONAL | : | |
| MANAGED HEALTH CARE | : | MARCH 2, 2016 |

**MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendant University of Connecticut Health Center ("UCH"), moves to dismiss plaintiff's legally insufficient claim of constructive discharge. As a matter of law, plaintiff's extremely weak claim of constructive discharge as set forth in her complaint, and taking all of her allegations as true, is not legally cognizable and should be dismissed, all as set forth more fully in the attached Memorandum of Law.

                                         DEFENDANT,
                                         UNIVERSITY OF CONNECTICUT
                                         HEALTH CENTER, CORRECTIONAL
                                         MANAGED HEALTH CARE


                                    By   /s/ Lynn D. Wittenbrink
                                         Lynn D. Wittenbrink, Esquire
                                         ct08575
                                         Assistant Attorney General
                                         UCONN Health
                                         263 Farmington Ave, MC1093
                                         Farmington, CT 06030-1093
                                         (860) 679-1654
                                         (860) 679-1997 (Fax)
                                         E-Mail:  wittenbrink@uchc.edu


## CERTIFICATION

I hereby certify that on March 2, 2016 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


                                            /s/ Lynn D. Wittenbrink
                                         Lynn D. Wittenbrink
                                         Commissioner of the Superior Court